**Joseph E. Kellerman, OSB Bar No. 92199**
jek@roguelaw.com
Hornecker, Cowling, Hassen & Heysell, LLP
717 Murphy Road
Medford, OR 97504
(541)779-8900
Fax: (541) 773-2635
Of Attorneys for Plaintiff

**Robert E. Bluth, OSB No. 90211**
bbluth@harryanddavid.com
Harry & David Operations Corp
P.O. Box 2500
Medford, OR 97501
Telephone: 541-864-2525
Fax: 541-864-2885

FILED'08 MAY 21 11:59 USDC-ORM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HARRY AND DAVID, an Oregon corporation,<br><br>Plaintiff.<br><br>vs.<br><br>MCDONNELL HORTICULTURE, INC. a North Carolina corporation and PATRICK J. MCDONNELL, and individual,<br><br>Defendants. | Case No. CV 06-3088-CL<br><br>**ORDER ON STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS SUBJECT TO RE-OPENING OF CASE** |

This matter came before the Court upon the stipulated motion of the parties. The parties have settled their disputes and have asked the Court to enter dismissal of all the claims of the parties against each other with the caveat that the case may be re-opened for purposes of registering confession of judgment should Defendants default in their obligations under the terms

ORDER ON STIPULATED MOTION – Page 1

of the settlement agreement between the parties, and the Court being otherwise fully advised in the premises;

NOW THEREFORE, all the parties' claims against each other are hereby dismissed and the case is closed subject to re-opening for the purposes of Plaintiff filing a confession of judgment and enforcement thereof should Defendants or either of them default on their obligations pursuant to terms of settlement agreement between the parties.

DATED this 21 day of May, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

ORDER ON STIPULATED MOTION – Page 2